## CRIMINAL PROCEEDINGS -  Change of Plea/ Notice of Sentencing

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: David C. Nye  
Case No. **CR 18-192-E-DCN**  
Place: Pocatello, ID  
Time: 9:35 am - 9:50 am  

Date: November 30, 2018  
Deputy Clerk: Pamela Fulwyler  
Court Reporter: Katherine Eismann  

### UNITED STATES OF AMERICA v BENJAMIN J. HURLEY

Counsel for United States (AUSA)   - Ann Wick  
Counsel for Defendant- Matthew Kinghorn  
Probation - n/a  
Interpreter: n/a  

(X)   Court stated history of the case.  
(X)   Defendant sworn for examination by the Court.  
(X)   Court finds the defendant competent to enter plea.  
(X)   Defendant satisfied with the representation of his attorney.  
(X)   Sentencing Guidelines explained.  
(X)   Defendant advised of Constitutional Rights & Right to Counsel & JURY TRIAL.  
(X)   Indictment furnished to defendant.  
(X)   Court advised defendant of Maximum Penalties.  
(X)   At the request of the Court, Counsel for the Government stated for the record the elements of the charge.  The defendant understands the elements of the charge and agrees with the Government's statement.  
(X)   Plea Agreement reviewed.  
(X)   Defendants right to appeal explained.  
(X)   Defendant withdrew previous plea of NOT GUILTY, and **entered a GUILTY Plea to Count One of the Indictment and agreed to the Forfeiture.**  Court accepts guilty plea and plea agreement taken UNDER ADVISEMENT pending review of the Pre-sentence Report.  
(X) Government to move to dismiss Count Two at sentencing.  

**Sentencing set: March 04, 2019 at 9:00 a.m.  before Judge Nye in Pocatello.**  
**(X) Court ordered a presentence investigation report.**  
        **Original report to Counsel:**   01/21/2019  
        **Notification of Objections:**    02/04/2019  
        **Final Report Due:**                02/18/2019  

(X) Defendant released pending sentencing with all previous conditions to remain in effect.